**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:00-CR-00131**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **LANTIS JETON YOUNG,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the Court upon its own motion. The Court will conduct a hearing on Mr. Young's Motion to Reduce Sentence on September 12 at 2:00p.m. Government counsel and Mr. Young's counsel shall both appear in person, and Mr. Young shall appear via video from FCI Edgefield where he is currently incarcerated. The warden of FCI Edgefield is directed to contact Karen Burton at (704) 350-6719 forthwith to make arrangements for Mr. Young's appearance.

SO ORDERED.

Signed: August 17, 2023

Graham C. Mullen
United States District Judge