IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:00-cr-00131-GCM

| | |
|---|---|
| USA<br><br>v.<br><br>LANTIS JETON YOUNG,<br><br>Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. Defendant Lantis Jeton Young filed a Motion for Compassionate Release (ECF No. 310). The Court instructs the Government to respond to this Motion within 60 days of entry of this Order.

**SO ORDERED**.

Signed: March 11, 2024

*Graham C. Mullen*
Graham C. Mullen
United States District Judge