IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:00-cr-00131-GCM

| USA | |
|---|---|
| v. | **ORDER** |
| LANTIS JETON YOUNG, | |
| Defendant. | |

**THIS MATTER** comes before the Court on its own motion. Defendant Lantis Jeton Young filed a Motion for sentence reduction pursuant to the First Step Act, 18 U.S.C. §3582(c)(1)(B). (ECF Nos. 317, 320). The Court instructs the Government to respond to this Motion within 60 days of entry of this Order.

**SO ORDERED**.

Signed: June 3, 2024

Graham C. Mullen
United States District Judge